Order entered January 3, 2013



000024

## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00221-CR

**RAKIM BARNES AKA ANTWON IRVING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F10-62755-Y

## ORDER

The State's motion to extend the time to file its brief is **GRANTED.** The State's brief,

which was filed simultaneously with its motion on December 21, 2012, is deemed timely filed.

ELIZABETH LANG-MIERS
PRESIDING JUSTICE